THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF BUFFALO v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK (SECOND DISTRICT), and CHARLES B. HILL and Others, as Public Service Commissioners of the State of New York, Being the Members of Said Board. INTERNATIONAL RAILWAY COMPANY, Intervenor.— Determination unanimously confirmed, with fifty dollars costs and disbursements, and petition and writ dismissed.

JENNIE SHERLOCK, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion denied, with ten dollars costs.

ALBANY BUILDERS' SUPPLY COMPANY, Appellant, v. EASTERN BRIDGE AND STRUCTURAL COMPANY and Others, Respondents, Appellants.— Motion granted unless appeal is perfected on or before April 15, 1922, in which case motion is denied. Costs to respondents to abide the event. Hinman, J., not sitting.

KATE DEANE ANDREW, as Executrix, etc., of ESTHER B. STEELE, Deceased, Respondent, v. AMERICAN BOOK COMPANY, Appellant.— Judgment reversed and complaint dismissed, with costs, on the ground that under the statute* the plaintiff could not renew the copyrights. All concur; Kiley, J., on the further ground that the action is not maintainable under section 19 of the Personal Property Law.

FRANK H. BELL, Who Sues on Behalf of Himself and All Other Holders of the Preferred Stock of FRANK GILBERT PAPER COMPANY, Who Are Situated Similarly with Himself, Respondent, v. FRANK GILBERT PAPER COMPANY and HERCULES PAPER CORPORATION, Appellants, and LOUIS M. JOSEPHTHAL and Others, Defendants.— Order unanimously affirmed, with ten dollars costs and disbursements.

ELIZABETH BISCHOFF, Respondent, v. ANNA MARIA ROSENBERGER and Others, Appellants.— Motion granted, with ten dollars costs.

MASON BASCH and SAMUEL BASCH, Copartners, etc., Appellants, v. JOSEPH QUACKENBUSH, Respondent.— Motion granted, by default, with ten dollars costs.

WILLIAM D. EDDY and WILLIAM H. WATERBURY, Appellants, v. JOSEPH J. CURL, Respondent.— Motion denied, with ten dollars costs.

EVERETT S. ENGLISH, as Administrator, etc., of JESSE P. ENGLISH, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion denied, with ten dollars costs. Van Kirk, J., not sitting.

FRANK GILBERT PAPER COMPANY, Respondent, v. HARRY I. PRANKARD and

---

*See Federal Copyright Act of 1909 (35 U. S. Stat. at Large, 1080), §§ 23, 24.— [REP.